**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6582**

JULIAN TERELL FURR,

Plaintiff - Appellant,

v.

CHIEF OF SELMA POLICE DEPARTMENT; THOMAS LOCK; DIRECTOR OF NCIS; DIRECTOR OF NC SBI; JOHNSTON COUNTY; MICHAEL F. EASLEY; MERRICK B. GARLAND; DONALD TRUMP; DISTRICT ATTORNEY OF JOHNSTON COUNTY; JOE BIDEN; COMMANDANT OF MARINE CORP.; SERGEANT MAJOR OF MARINES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03455-BO-RJ)

Submitted:  January 30, 2024                              Decided:  February 5, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julian Terell Furr, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Terell Furr appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and conclude that the district court appropriately determined that Furr's amended complaint failed to state a claim for relief against any of the Defendants.  Accordingly, we affirm the district court's order.  *Furr v. Chief of Selma Police Dep't*, No. 5:22-ct-03455-BO-RJ (E.D.N.C. June 1, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*